Following my reasoning therein, I most respectfully dissent from the majority in this proceeding. In doing so, I am not attempting to differ with the reasoning assigned by the majority in their memorandum. My action is based solely on the belief the division has no right to invoke the procedure that has been followed.

BEFORE THE SECOND DIVISION, JUNE 14, 1949

**No. 53252.**—W. T. Grant Co., Inc. v. United States, protests 969417–G, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53253.**—M. J. Lampert & Sons, Inc., et al. v. United States, protests 131880–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53254.**—American Express Co. v. United States, protest 134377–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53255.**—Reliance Sales v. United States, protests 134623–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53256.**—General Sportcraft Co., Ltd., et al. v. United States, protests 134726–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53257.**—The Algren Mfg. Co. et al. v. United States, protests 142762–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53258.**—Tavannes Watch Co., Inc. v. United States, protest 144417–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53259.**—A. Simon Baby Carriages, Inc. v. United States, protest 145081–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53260.**—British West Indies Co. et al. v. United States, protests 145564–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 14, 1949

**No. 53261.**—American Express Co. et al. v. United States, protests 38986–K/89549, etc. (Chicago).